No. 71–841. INDIANA HARBOR BELT RAILROAD CO. ET AL. *v.* PUBLIC SERVICE COMMISSION OF INDIANA ET AL. App. Ct. Ind. Certiorari denied.

No. 71–843. COUNTY OF WAYNE ET AL. *v.* JUDGES FOR THE THIRD JUDICIAL CIRCUIT OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 71–845. MARTIN OIL SERVICE, INC. *v.* ILLINOIS DEPARTMENT OF REVENUE. Sup. Ct. Ill. Certiorari denied.

No. 71–848. TEDESCO *v.* CINCINNATI GAS & ELECTRIC CO. C. A. 6th Cir. Certiorari denied.

No. 71–856. SECURITY SAVINGS & LOAN ASSN. ET AL. *v.* WESTINGHOUSE CREDIT CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–877. SMITH *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 71–887. WILBUR-ELLIS CO. *v.* THE CAPTAYANNIS "S" ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–5242. CALLOWAY ET AL. *v.* LEEKE, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. S. C. Certiorari denied.

No. 71–5384. CANTRELL *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.

No. 71–5409. WAINMAN *v.* CLARK, SHERIFF, ET AL. Sup. Ct. Cal. Certiorari denied.